AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>MATTHEW S. BOYD,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No.  12-8126-DLB |

FILED by _____ D.C.
APR 0 4 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 29 - April 3, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C., Section 2422(b) | Attempting to use a facility, a computer, in interstate or foreign commerce to persuade, induce, or entice an individual under the age of 18 to engage in sexual activity. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dave Malone, Special Agent, HSI, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-4-12

_____
*Judge's signature*

City and state: West Palm Beach, FL

Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## APPLICATION IN SUPPORT OF CRIMINAL COMPLAINT

I, David R. Malone (the "Affiant"), being duly sworn, depose and state:

1. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed for the past eight years. Prior to federal employment, I worked for the Town of Jupiter (Florida) Police Department for a period of eight and one half years, serving in the capacity of a police officer, traffic homicide investigator and police Sergeant. Among my responsibilities as a Special Agent are investigating crimes against children, particularly offenses involving child pornography and the exploitation of children.

2. The facts set forth in this affidavit are based on my personal knowledge, information obtained in this investigation from others, including other law enforcement officers, my review of documents and computer records related to this investigation, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation, but have set forth only those facts necessary to establish probable cause to believe that Mathew S. BOYD (DOB: 8/8/1974) has committed violations of Title 18, United States Code, Section 2422.

## FACTUAL BACKGROUND

3. On March 29, 2012, as part of a Multi-Agency Task Force targeting online predators, law enforcement (LE) came across the posting (Post ID 2928392085) on the social network bulletin of Craig's List which stated, "Is Daddy's little girl out there?? – m4w – 39 (North Miami)." The body of the post stated, "Hi baby girl, Daddy is up really

late and is looking to make a special little girl how special she can feel and be spoiled... 420 and party friendly... I'm active in shape and wills end a pic once you email me... lets do this now...."

4. On March 29, 2012, LE, in an undercover (UC) capacity, responded to the Craig's list posting by stating, "Hey I'm a good girl and like to blaze always down for 420."

5. On March 29, 2012, LE received a response from the email "decereus@gmail.com." The response stated, "Hi baby girl. I only ever have the best 420. How old are you? Do you have a pic? Matt." LE responded by asking, "Do you have pic?"

6. A check of law enforcement databases showed that e-mail address ducereus@gmail.com is registered to Matthew BOYD. A check of the name revealed that Matthew S. BOYD is a registered sex offender out of North Miami.

7. The UC and the suspect exchanged pictures via e-mail. The UC sent a picture of an undercover officer when she was 15 years old. BOYD sent the UC a picture of himself via e-mail. The UC compared BOYD's Florida driver's license photo against the photo he emailed and it appeared to be the same person.

8. BOYD e-mailed the UC, "Your cute are we going to smoke or do anything else?"

9. Over the next few days, the UC and BOYD continued to exchange emails. BOYD wanted to communicate through Yahoo Messenger or via text messaging.

10. BOYD asked the UC to meet him. BOYD e-mailed the UC his phone number 305-384-0703. A check of law enforcement databases showed that this phone number is registered to Matthew S. Boyd in North Miami.

11. On or between March 30, 2012 through April 3, 2012, BOYD and the UC continued to exchange text messages.

12. The UC informed BOYD via text "I'm 16 and 5-6 125 don't think I'm little but I will be for you." BOYD stated that he wanted the UC to wear a skirt and strip for him. BOYD stated "I am a more Loving Dominant. I like and want to be in charge but want a sub(submissive) who loves Makes me want to also please my girl even more too."

13. The UC told BOYD that "she" attended Spanish River (which is a high school in Boca Raton Florida.) BOYD asked if Spanish River was near Mizner, and the UC responded that it was near Clint Moore and Jog. BOYD stated that he wanted the UC to spend the night at his home.

14. On April 3, 2012, the UC placed a series of controlled calls to BOYD. The UC utilized an HSI Special Agent to make the calls. The HSI Agent told BOYD that she was in between classes and could only talk for a few minutes. BOYD indicated that he wanted to meet the UC that evening.

15. BOYD resumed texting the UC and asked, "Do you like to be cuddled as you sleep?" BOYD also indicated that, "sometimes I have on pants, or my boxers, or naked" (while he sleeps). The UC stated that the UC would bring boi shorts. BOYD responded, "those are cute. I like things that are sexy but show off someone in a classy way." BOYD informed the UC that he had a "prince albert," referring to a penis piercing. The UC asked how BOYD could fit a condom over the piercing. BOYD stated, "it goes over the piercing no problem, and it hits a girl's vapor more in doggy style and gives me more stimulation too." The UC asked if the piercing could "rip the rubber" because the UC did not want to get pregnant. BOYD responded, "No it never has, I don't want you pregnant either."

16. On April 3, 2012, HSI located BOYD's 2011 Volkswagen vehicle at his place of business in Coconut Creek, Florida. BOYD told the UC that he had an errand

to run and was still coming to see the UC.  BOYD arrived at the pre-determined meeting location to meet the 16 year old minor.

17.  BOYD was taken into custody.  BOYD had with him an empty pack of Cialis.  BOYD also had two cell phones, one of which displayed the text messaging with the UC.

18.  Based upon the foregoing, your Affiant states that there is probable cause to believe that from on or about March 29, 2012 through on or about April 3, 2012, Matthew S. BOYD did attempt to use a facility, a computer, in interstate or foreign commerce to persuade, induce, or entice a person under the age of eighteen years to engage in sexual activity, in violation of 18 U.S.C. 2422(b).

Further your affiant sayeth not.

David R. Malone
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 4th day of April 2012, at West Palm Beach, Florida.

Dave Lee Brannon
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   12-8126-DLB

UNITED STATES OF AMERICA

v.

MATTHEW S. BOYD,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

                                      Respectfully submitted,

                                      WIFREDO A. FERRER
                                      UNITED STATES ATTORNEY

BY: _____
                                      RINKU TRIBUIANI
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Bar No. 0150990
                                      500 S. Australian Avenue, Suite 400
                                      West Palm Beach, FL 33401-6235
                                      Tel:  (561) 820-8711
                                      Fax: (561) 820-8777
                                      Rinku.Tribuiani@usdoj.gov